**ATTORNEY GRIEVANCE COMMISSION**　　　*　　IN THE
**OF MARYLAND**

　　　　　　　　　　　　　　　　　　　*　　COURT OF APPEALS

　　　　　　　　　　　　　　　　　　　*　　OF MARYLAND

**v.**

　　　　　　　　　　　　　　　　　　　*　　Misc. Docket AG No. 100

**DAVID PATRICK KARDIAN**　　　　　　*　　September Term, 2019

## O R D E R

Upon consideration of the Corrected Joint Petition for Disbarment by Consent filed by the Attorney Grievance Commission of Maryland and the Respondent, David Patrick Kardian, to disbar the Respondent from the practice law, it is this 10th day of June, 2020,

**ORDERED**, by the Court of Appeals of Maryland, that the Respondent, David Patrick Kardian, be and he hereby is, disbarred from the practice of law in the State of Maryland for violation of Rule 8.4(a), (b) and (d) of the Maryland Attorneys' Rules of Professional Conduct; and it is further

**ORDERED**, that the Clerk of this Court shall remove the name of David Patrick Kardian from the register of attorneys in this Court and certify that fact to the Trustees of the Client Protection Fund of the Bar of Maryland and all Clerks of all judicial tribunals in this State in accordance with Maryland Rules 19-736(d).

Pursuant to Maryland Uniform Electronic Legal Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document
is authentic.

/s/ Robert N. McDonald
Senior Judge

Suzanne C. Johnson, Clerk